## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Robbins, Byron D

Printed:  9/23/08

Case Number:  07 B 15459
Judge:  Hollis, Pamela S
Filed:  8/24/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  August 11, 2008
Confirmed:  October 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,478.00 |  |
| Secured: |  | 3,157.57 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 320.43 |
| Other Funds: |  | 0.00 |
| Totals: | 5,478.00 | 5,478.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dennis G Knipp | Administrative | 2,000.00 | 2,000.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 4. | JP Morgan Chase Bank | Secured | 19,137.90 | 2,686.48 |
| 5. | Ocwen Federal Bank FSB | Secured | 2,801.66 | 471.09 |
| 6. | Ocwen Federal Bank FSB | Secured | 13,499.85 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 147.06 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 35.78 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 937.43 | 0.00 |
| 10. | Capital One | Unsecured | 123.29 | 0.00 |
| 11. | Great Lakes Specialty Finance | Unsecured | | No Claim Filed |
| 12. | ADT Security Systems | Unsecured | | No Claim Filed |
| 13. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | $ 38,682.97 | $ 5,157.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 174.96 |
| 6.5% | 145.47 |
| | $ 320.43 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Robbins, Byron D

Printed:  9/23/08

Case Number:  07 B 15459

Judge:  Hollis, Pamela S

Filed:  8/24/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

